SM

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

Jessica D. Jones )
9144 S. Richmond Ave )
)
)
Plaintiff(s), )
)
v. AT&T )
)
225 W. Randolph Street )
)
Defendant(s). )

21cv4600
Judge Charles R. Norgle
Magistrate Judge Maria Valdez
RANDOM

Case Number: _____

# FILED

AUG 27 2021 SH

**THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT**

### COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is Jessica D Jones of the county of Cook in the state of Illinois.

3. The defendant is AT&T, whose street address is 225 W. Randolph Street, (city) Chicago (county) Cook (state) IL (ZIP) 60606 (Defendant's telephone number) (888) - 722 -1787

4. The plaintiff sought employment or was employed by the defendant at (street address) 9144 S. Richmond Ave (city) Evergreen Pk (county) Cook (state) IL (ZIP code) 60805

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5.      The plaintiff [*check one box*]

(a)   ☐    was denied employment by the defendant.

(b)   ☐    was hired and is still employed by the defendant.

(c)   ☒    was employed but is no longer employed by the defendant.

6.      The defendant discriminated against the plaintiff on or about, or beginning on or about,
(month)__Oct__, (day)__1__, (year)__2019__.

7.1     (*Choose paragraph 7.1 or 7.2, do not complete both*.)

(a)   The defendant is not a federal governmental agency, and the plaintiff
[*check one box*] ☒*has*  ☐*has not* filed a charge or charges against the defendant

asserting the acts of discrimination indicated in this complaint with any of the

following government agencies:

(i)   ☒ the United States Equal Employment Opportunity Commission, on or about

(month)__12__ (day)__01__ (year)__2019__.

(ii)  ☐ the Illinois Department of Human Rights, on or about

(month)_____ (day)_____ (year)_____.

(b)   If charges *were* filed with an agency indicated above, a copy of the charge is

attached. ☒ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois

Department of Human Rights to cross-file with the other agency all charges received. The

plaintiff has no reason to believe that this policy was not followed in this case.

7.2     The defendant is a federal governmental agency, and

(a)    the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____ (day)_____ (year) _____

☒ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month)_____

(day) _____ (year) _____.

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ Yes   ☒ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ Yes   ☐ N0, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not

issued a *Notice of Right to Sue.*

(b) ☒ the United States Equal Employment Opportunity Commission has issued

a *Notice of Right to Sue*, which was received by the plaintiff on

(month)_____05_____ (day)_29_ (year)_2021_ a copy of which

*Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only*

*those that apply*]:

(a) ☐ Age (Age Discrimination Employment Act).

(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the ADA by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791; and for the ADEA, 29 U.S.C. § 626(c).

12. The defendant [*check only those that apply*]

(a) ☐ failed to hire the plaintiff.

(b) ☐ terminated the plaintiff's employment.

(c) ☒ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☐ failed to stop harassment;

(g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☒ other (specify): ___Demoted based on race & age___

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Please See attached documents:

13.    The facts supporting the plaintiff's claim of discrimination are as follows:

Please See attached documents:

14.    **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15.    The plaintiff demands that the case be tried by a jury. ☒ Yes ☐ No

16.    THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a)    ☐ Direct the defendant to hire the plaintiff.

(b)    ☒ Direct the defendant to re-employ the plaintiff.

(c)    ☐ Direct the defendant to promote the plaintiff.

(d)    ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e)    ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f)    ☒ Direct the defendant to (specify): Re-employ in the Market Sales Position with the base salary 107,000, plus all money loss during that period up to date.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

**[If you need additional space for ANY section, please attach an additional sheet and reference that section.]**

_____

_____

_____

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒ Grant such other relief as the Court may find appropriate.

_Jessica Jones_
(Plaintiff's signature)

_____
(Plaintiff's name)

9444 S. Richmond Ave. Evergreen Pk Ill 60805
(Plaintiff's street address)

(City) Evergreen Pk (State) Ill (ZIP) 60805

(Plaintiff's telephone number) (773) – 315-7702

Date: 8-26-2021

**[If you need additional space for ANY section, please attach an additional sheet and reference that section.]**

Rev. 06/27/2016

6

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 440-2020-06824 |

| ILLINOIS DEPARTMENT OF HUMAN RIGHTS | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| **MRS. JESSICA JONES** | **(773) 315-7702** | **1967** |

| Street Address | City, State and ZIP Code |
|---|---|
| **9144 S. RICHMOND AVENUE, EVERGREEN PARK, IL 60805** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| **AT&T** | **501+** | **(888) 722-1787** |

| Street Address | City, State and ZIP Code |
|---|---|
| **225 W. RANDOLPH STREET, CHICAGO, IL 60606** | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN | Earliest: **12-01-2019**  Latest: **09-16-2020** |
| ☒ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION | |
| ☐ OTHER *(Specify)* | ☐ CONTINUING ACTION |

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

I began my employment with Respondent around 1993. My current position is In-Home Expert. Beginning around September 2019 and continuing, I was subjected to different terms and conditions of employment, including but not limited to, being questioned about my job duties and performance by my peer. I complained of discrimination to Respondent, to no avail. On or about January 7, 2020, I was informed that my then position of Market Sales Executive was being eliminated, and I was demoted to the position of Fiber Sales Executive. I requested reinstatement to the Market Sales Executive position, and my request was denied. Subsequently, in August 2020, I was notified that I would be laid off, and I learned that a younger, White employee was hired for my former Market Sales Executive position.

I believe I have been discriminated against because of my race, Black, and in retaliation for engaging in protected activity, in violation of Title VII of the Civil Rights Act of 1963, as amended. I also believe I have been discriminated against because of my age, 53 (YOB: 1967), in violation of the Age Discrimination in Employment Act of 1967, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally signed by Jessica Jones on 09-16-2020 06:10 PM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

EEOC Form 161 (11/2020)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: | Jessica Jones<br>9144 S. Richmond Avenue<br>Evergreen Park, IL 60805 | From: | Chicago District Office<br>230 S. Dearborn<br>Suite 1866<br>Chicago, IL 60604 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2020-06824 | Alison Fisher,<br>Investigator | (312) 872-9654 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*Julianne Bowman/np*                                                          5/26/2021

| Enclosures(s) | Julianne Bowman,<br>District Director | *(Date Issued)* |
|---|---|---|

cc:     **AT&T**
**c/o Marybeth Dunne**
**Lead EEO Consultant**
**225 W Randolph, 27th Floor**
**Chicago, IL 60606**

*Refer to: Question (13)*

# My Charge

**EEOC Number:**
440-2020-01690

**Status:**

Your charge has been assigned to a mediator

The charge of employment discrimination filed on

2020-04-27

with the U.S. Equal Employment Opportunity Commission (EEOC) by

Jessica Jones

**against**

AT&T

**is available**

for you to view online

The

Chicago District Office

is handling this charge. Your point of contact at EEOC regarding this charge is

Regina Husar

and can reached at

regina.husar@eeoc.gov

Add/View Representative
Update My Information

# Your Charge is Eligible for Mediation

## The EEOC Mediation Program:

## Your Partner in Workplace Solutions!

Thank you for agreeing to participate in the EEOC Mediation Program. Please click **Review and Sign Documents** below to review and sign the Mediation and Confidentiality Agreements.

If your Employer also agrees to mediate your charge, we will contact you to schedule the mediation. If your employer does not choose to mediate, EEOC's enforcement staff will determine how to proceed with an investigation.

We look forward to working with you in bringing this matter to an amicable resolution and demonstrating why so many Charging Parties consider the EEOC Mediation Program their partner in workplace solutions.

# My Documents

If you have documents supporting your charge, please upload them

using this portal Documents that you send and that EEOC may send to you (including your Charge of Discrimination and the respondent's Position Statement, if you request a copy) are listed below. You can open a document to review it or download and save it.

**Be sure you save all documents related to your charge, including Email correspondence.** Your charge and documents related to it will be available to you online until 90 days after EEOC closes it.

Click using this portal to
upload documents.
Upload

| Name | Type | Added On | Added By |
|---|---|---|---|
| Signed Charging Party Confidentiality Agreement | Charging Party Confidentiality Agreement | 05/31/2020 | System Generated |
| Signed Charging Party Agreement to Mediate | Charging Party Agreement to Mediate | 05/31/2020 | System Generated |
| Signed Amended Charge of Discrimination | Amended Charge of Discrimination | 05/01/2020 | Charging Party |
| Signed Charge of Discrimination | Charge of Discrimination | 04/27/2020 | Charging Party |

# Additional Information

What you should KNOW after filing a charge
What you should DO after filing a charge
How to request Respondent's Position Statement

**If you have questions**
You may find answers in the
Frequently Asked Questions (FAQ)
If you still have questions about charge or the status of your charge, please contact your investigator directly at
regina.husar@eeoc.gov
. Please use Charge Number
440-2020-01690
on all correspondence and communications.

Jessica D. Jones
9144 S. Richmond Ave
Evergreen Park IL. 60805
July 19th 2020


*Refer to question #13*

Regina Husar
Federal Investigator
U.S. EEOC
Chicago District Office
230 S. Dearborn, Suite 1866
Chicago, IL. 60604

Dear Regina Husar:

This letter is in response to AT&T's position statement regarding (Jessica D. Jones) charge filed on 4.27.2020. I filed this case with EEOC in late January of 2020 due to reason that I contacted HR Hotline case #1909ATT10127 numerous of times and spoke to Beverly Tremble (HR) directly about this matter and AT&T failed to act on this matter. As I stated I was in fact retaliated and or discriminated against due to my race and age, in which violates Title VII of the Civil Rights Acts of 1964, as amended.

## Summary to AT&T's Position Statement

The merit is true as I stated retaliation and discrimination against my race and age is unlawful and subjected me to file this claim. I was demoted and my salary/compensation decreased from $128,000 in 2019 to $81,000 in 2020. The MSE salary was based on volume of 5 Sales Managers and Fiber 2 is based on an individual scale. For reasons set forth below, I respectfully request that all charges remain in its entirety.

On March 1st 2019 I was promoted to a Level 2 Market Sales Executive opposed to as stated by AT&T April 1st 2019.

## Factual Background

I was a rehire in August 1ˢᵗ 2018. I have over 20 years with AT&T and my employee record is in good standing. On March 1st 2019 I was promoted to a Level 2 Market Sales Executive opposed to as stated by AT&T April 1st 2019.

In late 2019/early 2020, I was the only one affected (African American) demoted from my team as a Market Sales Executive. Therefore, this supports my discrimination charge. As stated above my salary decreased from $128,000 to about $81,000 annually.

In response Timberly Dukes and the demographics of her team this has not relevance or merit in my charge being that at the

reported as of the time I reported to Derek Souitere. The relevance is that we both reported directly to Derek which further demonstrated I was demoted.

**Response to the Allegations**

I was in fact subjected to adverse employment action as stated in my summary response above section. Derek demoted me from my role with any explanation. Again, as previously stated my demotion has not association with the demographics on Dukes team.

I was harassed and filed a complaint through the AT&T hotline my case# is 1909ATT10127. I called back after my demotion on or about Jan 8th 2020 and filed and additional charge. I was told that I had the same case number for both cases. I have no know knowledge of the call made March 12th 2020.

**Conclusion**

The foregoing evidence supports my claim. Therefore, I am requesting this charge stand in effect in its entirety. Should you have any questions or need any additional information to support my charge. I can be reached at 773.315.7702.

Sincerely,


Jessica D. Jones
AT&T Fiber Sales

*Refer to Question # (13)*

Derek,

Thanks for your response. In all due respect I am grateful I was able to return to work, however, my goal is to resume my role and duties as an MSE. As you can imagine when you grow up in a company and your tenure surpasses twenty-five years of hard work, dedication and commitment. This hasty and impulsive decision you made was truly devastating and disheartening. 2019 and 2020 certainly brought a lot of change which further demonstrated the value of my role within the organization. The MSE position as I mentioned in my original letter is perfectly aligned with my skillset and experience and tenure. As it relates to my former Fiber sales experience I proved myself and gained a promotion.

Derek, you never took time in the three months you were my manager to understand my role and its value to the organization. I invited you to several meeting walking you through my role and asking for your feedback. As we both know in the three months you were my manager you never scheduled a one on one with me with the exception of the one you invited me to on Jan 7th 2020 at 11:30am to demote me.

Again, my ask is to resume my role as Market Sales Executive and duties effective June 1st 2020.

In hind sight of your response it is clear we need to have a 1 on 1 to help me gain a valid reason behind your hasty and impulsive decision.

I am happy to meet with you June 2nd 2020 at 1:00pm. Please let me know if that time works for you.

Your prompt response will be greatly appreciated.

Thanks,

Jessica

*Refer to question #13*

Dear Derek,

Hope you are well.

Per my Doctor Dr. Ivey-Brown my original return to work was on June 1st 2020, however my actual return date was changed to May 1st 2020.

Therefore, I would like to request that effective June 1st that I resume my position as an MSE and duties.

Derek, please know that my reasons for this request, is because I strongly feel that your decision to demote me back to my previous role as a Fiber Seller was a hasty and impulse decision on your part.

From a professional stand point my track record with AT&T for over 25 years has been excellent and in good standing furthermore due to the COV-19 pandemic, it is evident to me that the role of a MSE is needed more now than before.

I would really appreciate the opportunity to discuss this matter further. Additionally I would like to also obtain feedback from you regarding the specific reasons as to the bases of the demotion.

Sincerely,
Jessica D. Jones



# AT&T ACHIEVEMENT AND DEVELOPMENT (2010)

## Goals, Achievements and Appraisal

| | | | | |
|---|---|---|---|---|
| **Employee:** | JP3588 | | **Supervisor:** | PATRICK DOBBERSTEIN |
| **ATTUID:** | | | **Appraisal Status:** | Completed |
| **Org. Unit:** | | | **Appraisal Substatus:** | |
| **EE Group:** | | | **Performance Period Start:** | 01/01/2010 |
| **EE Subgroup:** | | | **Performance Period End:** | 12/31/2010 |
| **Personnel Area:** | | | | |
| **Personnel Subarea:** | | | | |

## Corporate Vision and Priorities

AT&T

| Vision | Connect people with their world everywhere they live and work and do it better than anyone else. |
|---|---|
| 2010 Priorities | Mobility I U-verse I Application Services I One AT&T |
| Rethink Possible | Curious I Inventive I Open I Purposeful |

## Organizational Goals

No Organizational Goals/Priorities have been created yet for this year.

## Individual SMART Goals

| SMART Goal | 1st & 2nd Quarter Achievements | 3rd & 4th Quarter Achievements |
|---|---|---|
| Increase AT&T Service Penetration on ACC Properties<br><br>Grow U-Verse In-Service in ACC properties to 2738 ending in service by the end of 2010.<br><br>Grow U-Verse In-Service Broadband in ACC properties to 5845 Units.<br><br>Net Gain: U-verse IPTV (annual) 988 Units<br><br>Develop effective relationships and sales techniques for Green to drive incremental sales<br><br>Maximize Move Season | Grow U-Verse In-Service in ACC properties to 2738 ending in service by the end of 2010.<br><br>Grow U-Verse In-Service Broadband in ACC properties to 5845 Units.<br><br>Continue Increasing Sales Penetration with in my module base.<br><br>Net Gain U-Verse IPTV (annual) 988 unit<br><br>Continue building and partnering with all sales channels with in the organization to increase sales.<br><br>Provide Property Managers with Move in Bags for new residents along with Monthly rent baskets for 8 of my properties to increase sale penetration. | Total In-Service Broadband Attain    97.25%<br><br>Total In-Service IPTV Attain 119.26% |
| Focus on One AT&T Message to drive U-verse upgrades, ConnecTech and Wireless sales.  These are services cable can not beat.<br><br>Train property staff on Best Network and Reasons to buy U-verse messaging.  Encourage agents to offer U-Verse as a top-tier amenity to residents. | Drive the initiative to U-verse Tv and Internet through Wireless Partners, Agent Channels.<br><br>Educate and train staff, leasing agents and maintenance on premise to buy and promote the U-verse service. | Drive the initiative to U-verse Tv and Internet through Wireless Partners, Agent Channels and increasing my current partnership to a head count of 10 partners.<br><br>Educate and train staff, leasing agents and maintenance staff on how to promote the U-verse service. |
| Improve Profitability.  Drive to 40% Inward ACC U- | Drive Inward sales over 40% through wireless, | Drive Inward sales over 40% through wireless, |

| SMART Goal | 1st & 2nd Quarter Achievements | 3rd & 4th Quarter Achievements |
|---|---|---|
| verse sales through online and retail. Achieve X properties with >30% U-Verse penetration.<br><br>Perform property and portfolio reviews of top penetration properties to create sales plans drive increased results | agent, D2D, D2R, or online.<br><br>Achieved 18 properties with >30% U-verse penetration.<br><br>Plans to drive maximum penetration at top penetrated properties will be mailers, postcards, D2D, Fast Fax, Onsite activity, Agent and Core partnership. A strong relationship with Property Manager. | agent, D2D, D2R, or online.<br><br>Achieved 18 properties with >30% U-verse penetration.<br><br>Accomplished goal for seeking opportunities for Sales executive for New Business or of over 15 leads.<br><br>Plans to drive maximum penetration at top penetrated properties will be mailers, postcards, D2D, Fast Fax, Onsite activity, Agent and Core partnership. A strong relationship with Property Manager. |
| Achieve 80% ACC Customer Satisfaction in Surveys by ensuring ACC clients are equipped with marketing collateral and sufficiently trained on the AT&T products/services available to residents of their communities. Be responsive and efficient in handling client needs to demonstrate the excellent customer service provided by AT&T.<br><br>Achieve 100% of sales targets.<br><br>Achieve 100% of sales targets.<br><br>Complete 100% of on-boarding training (new hires) or sales assessment training (existing employees) | Achieve 95% ACC Customer satisfactory in Surveys be ensuring to demonstrate knowlegde, willingness to help and empathy.<br><br>Maintain over 100% of my sales targets.<br><br>Completed 100% of on-boarding training (new hires) or sales assessments training. | Worked to achieve over 80% ACC Customer satisfactory in Surveys be ensuring to demonstrate knowledge, willingness to help and empathy.<br><br>Maintain over 100% of my sales targets.<br><br>Completed 100% of on-boarding training (new hires) or sales assessments training. |
| R1 Goal is to achieve 100% of your IPTV Net Gain Target. | Achieved 114% of my IPTV Net Gain Target for 2nd quarter. | Achieved 119.26% of IPTV Net Gain Target. |

## Self Development Goals

| Self Development Goal | 1st & 2nd Quarter Achievements | 3rd & 4th Quarter Achievements |
|---|---|---|
| U-verse IPTV in service 2nd quarter target met 114% of goal.<br><br>Broadband in-service 2nd quarter target met 93% of goal. | U-verse IPTV in service 2nd quarter target met 114% of goal.<br><br>Broadband in-service 2nd quarter target met 93% of goal. | Total In-Service Broadband Attain 97.25%<br><br>Total In-Service IPTV Attain 119.26% |

## Diversity Goals (Not Required for International)

| Diversity Goal | 1st & 2nd Quarter Achievements | 3rd & 4th Quarter Achievements |
|---|---|---|
| Build on existing partnerships with the Property Managers, Mobility Partners, Data Managers and Field tech's.<br><br>Provide excitement around the partnership as it grows towards success in increased sales.<br><br>Develop new strategies and remain open for feedback and continuously welcome opportunity for growth in all areas.<br><br>Begin Continuing education courses in the fall of 2010. | Build on existing partnerships with the Property Managers, Mobility Partners, Data Managers and Field tech's.<br><br>Provide excitement around the partnership as it grows towards success in increased sales.<br><br>Develop new strategies and remain open for feedback and continuously welcome opportunity for growth in all areas.<br><br>Begin Continuing education courses in the fall of 2010. | Maximizing and building on existing partnerships with the Property Managers, Mobility Partners, Data Managers and Field tech's.<br><br>Provide excitement around the partnership as it grows towards success in increased sales.<br><br>Develop new strategies and remain open for feedback and continuously welcome opportunity for growth in all areas.<br><br>Continuing education courses in the spring of 2011. |
| Diversity Goal- Continue to make conscious effort to ensure team is reflective of state demographics we serve. Partner with all available internal and external local recourses to assist in acquisition and support of our customer base. | Diversity Goal- Continue to make conscious effort to ensure team is reflective of state demographics we serve. Partner with all available internal and external local recourses to assist in acquisition and support of our customer base. | Diversity Goal- Continue to make conscious effort to ensure team is reflective of state demographics we serve. Partner with all available internal and external local recourses to assist in acquisition and support of our customer base. |

## Attendance Management Goals (Not Required for International)

| Attendance Management Goal | 1st & 2nd Quarter Achievements | 3rd & 4th Quarter Achievements |
|---|---|---|
| Maintain Perfect Attendance. | Maintain Perfect Attendance. | Maintain Perfect Attendance |
| Attendance Goal- Administrative Responsibilities- Timely and accurate submission of expense reports, vacation forecasts in E-Link, and fifteen and five objective SMS | Maintain expense reports, vacation forecast in E-Link and time management in SMS required data fifteen and five. | Maintain expense reports, vacation forecast in E-Link and time management in SMS required data fifteen and five. |

## Compliance

| | Compliance Policies |
|---|---|
| Employee demonstrates understanding and commitment to the Code of Business Conduct and all other applicable company policies, including those related to environmental compliance. If No, please note in Supervisor Comments. | No Value<br>X Yes<br>No |

| Employee is current on all assigned compliance training. If No, please note in Supervisor's Comments. | Training | |
|---|---|---|
| | | No Value |
| | X | Yes |
| | | No |

## Supervisor Comments

Supervisor's comments regarding achievement of goals, overall level of accomplishment, and how goals were achieved. Note: For employees not meeting performance expectations, the supervisor should consult with their Employee Relations Manager or HR Geography Partner (International) before initiating a Performance Improvement Plan (PIP).

**1st & 2nd Quarter Comments**

Jessica has had a solid first and second quarter of 2010. She continues to focus on properties where we can gain additional net gain and works with customers very well in resolving issues. She has performed very well in the bulk properties that she has been assigned and the results show this.

**3rd & 4th Quarter Comments**

Jessica had a good end to 2010 in the 3rd and 4th quarter. She just missed her broadband in service number but did very well regarding IPTV in service and IPTV net gain. Jessica successfully implemented bulk deals at One River Place and continues to be a valuable partner to her property managers at these locations. Jessica has great relationships with her wireless partners and does continue to use them very well. She needs to make sure that the partner that she chooses to work with at a given property is the best choice given the geography of the building as well as her wireless partner. Overall it was a very good 2010 and I look forward to having her on my team in 2011.

## Key Strengths

**Key Strengths**

Jessica possesses a great understanding of our products and our process. She is a great problem solver and works with customers very well.

## Areas for Development

**Area for Development**

Jessica needs to insure that she is regularly contacting every property that we have currently under contract. Reviews need to happen quarterly even if our marketing opportunities are limited at the properties to insure that we are in compliance with our contracts.

## Evaluation

Supervisor's evaluation of Employee's Performance relative to expectations for the performance period.

| Mid-Year Rating | End-of-Year Rating |
|---|---|
| No Value | No Value |
| Far Exceeds Goals | Far Exceeds Goals |
| X Frequently Exceeds Goals | X Frequently Exceeds Goals |
| Meets and May Exceed Some Goals | Meets and May Exceed Some Goals |
| Meets Most, Not All Goals | Meets Most, Not All Goals |
| Does Not Meet Goals | Does Not Meet Goals |
| No Rating | No Rating |

## Employee Comments

**Mid-Year Employee Comments**

I plan to continue building relationship at the Property Management and Leasing Area along with Mobility Partners. My goal is to schedule to train new employees as well as began a quaterly training for Property Managers and assure they are up to date on current promotions and cashback offers.

**End-of-Year Employee Comments**

I will continue leveraging Mobility partners and grow the new relationship between the new properties and myself. My goal is to increase my N2P leads for 2011. My goal will be to meet and exceed IPTV and U-verse Internet Goal this year. I will continue to grow and receive feedback to enhance my position within the AT&T company. I will continue having One on One's this year with my Supervisor in order to have continued success as a employee and team member,

## eSignatures

**Supervisor:** PATRICK C DOBBERSTEIN , AREA MANAGER - ACC 01/27/2011

**Next Higher Level Supervisor:** TODD FLACK , GENERAL MANAGER - ACC 02/01/2011

**Employee:** JESSICA D PRICE , ACCOUNT MANAGER - ACC 02/11/2011



ILLINOIS DEPARTMENT OF

# Human Rights

JB Pritzker, Governor
James L. Bennett, Director

**May 21, 2020**

**Jessica D. Jones**
**9144 S. Richmond Ave.**
**Evergreen Park, IL 60805**

Re: <u>Jessica D. Jones vs. AT&T   #200521126</u>

Dear Complainant:

You are receiving this letter because you filed a charge with the United States Equal Employment Opportunity Commission (EEOC). The EEOC and the Illinois Department of Human Rights (Department) are parties to a cooperative agreement. Under this agreement, when you filed your charge of discrimination with the EEOC, a copy of the charge was automatically filed with the Department. The Department is keeping a copy of your EEOC charge on file to preserve jurisdiction under Illinois law.

Since you filed your discrimination charge initially with the EEOC, the EEOC is the governmental agency responsible for investigating the charge and the investigation will be conducted pursuant to the rules and procedures adopted by the EEOC. The Department will take no action on your charge until the EEOC issues its findings. **After the EEOC issues its findings**, if you want the Department to take any further action on your charge, you must send the Department a copy of the EEOC's findings within 30 days after service of the EEOC's findings on you. Please also send a one sentence written statement requesting that the Department investigate your charge and include the above Control Number. You may submit a copy of the EEOC's findings by either of the following methods:

**By Mail:** Send your EEOC findings and written statement via U.S. Postal certified mail, return receipt requested, to: Illinois Department of Human Rights, Attn: EEOC Referred Charges/Intake Unit, 100 W. Randolph St., Ste. 10-100, Chicago, IL 60601.

**In Person:** Bring an original and one copy of your EEOC findings and written statement to the Department. The Department will stamp and return the copies to you for your records.

If you received the EEOC's findings prior to receipt of this letter, you have 30 days from the date of this letter to send the Department a copy of the EEOC's findings. Upon receipt of the EEOC's findings, the Department will mail you a notice as to what further action the Department may take on your charge.

The 365-day time period for the Department to investigate your EEOC charge is tolled while the EEOC is investigating your charge and does not begin to run until the EEOC issues its findings. Your failure to timely provide the EEOC's findings to the Department will result only in the Department closing your file. **This process does not affect the investigation of your charge at EEOC.** If you do not wish to proceed with the Department, you do not need to take any further action.

This letter **does not apply** to any settlement of this charge the parties have made with the EEOC.

**If you have any questions, please contact Thomas F. Roeser, Pre-Investigations Coordinator, at (312) 814-6295.**
**Please do not contact the EEOC.**

ILLINOIS DEPARTMENT OF HUMAN RIGHTS                                                          PRE1-EEOC 30
                                                                                            Rev. 8/18

100 West Randolph Street, Suite 10-100, Chicago, IL 60601, (312) 814-6200, TTY (866) 740-3953, Housing Line (800) 662-3942
535 West Jefferson Street, 1st Floor, Springfield, IL 62702, (217) 785-5100
2309 West Main Street, Marion, IL 62959 (618) 993-7463
www.illinois.gov/dhr

CC:     AT&T
        225 W. Randolph St.
        Chicago, IL 60606

Jessica D. Jones
9144 S. Richmond Ave
Evergreen Park IL. 60805
July 19th 2020


Regina Husar
Federal Investigator
U.S. EEOC
Chicago District Office
230 S. Dearborn, Suite 1866
Chicago, IL. 60604


Dear Regina Husar:

This letter is in response to AT&T's position statement regarding (Jessica D. Jones) charge filed on 4.27.2020. I filed this case with EEOC in late January of 2020 due to reason that I contacted HR Hotline case #1909ATT10127 numerous of times and spoke to Beverly Tremble (HR) directly about this matter and AT&T failed to act on this matter. As I stated I was in fact retaliated and or discriminated against due to my race and age, in which violates Title VII of the Civil Rights Acts of 1964, as amended.

### Summary to AT&T's Position Statement

The merit is true as I stated retaliation and discrimination against my race and age is unlawful and subjected me to file this claim. I was demoted and my salary/compensation decreased from $128,000 in 2019 to $81,000 in 2020. The MSE salary was based on volume of 5 Sales Managers and Fiber 2 is based on an individual scale. For reasons set forth below, I respectfully request that all charges remain in its entirety.

On March 1st 2019 I was promoted to a Level 2 Market Sales Executive opposed to as stated by AT&T April 1st 2019.

### Factual Background

I was a rehire in August 1st 2018. I have over 20 years with AT&T and my employee record is in good standing. On March 1st 2019 I was promoted to a Level 2 Market Sales Executive opposed to as stated by AT&T April 1st 2019.

In late 2019/early 2020, I was the only one affected (African American) demoted from my team as a Market Sales Executive. Therefore, this supports my discrimination charge. As stated above my salary decreased from $128,000 to about $81,000 annually.

Regina Husar
July 19th 2020
Page 2

In response Timberly Dukes and the demographics of her team this has not relevance or merit in my charge being that at the time of my demotion her and I were peers. My charge is reported as of the time I reported to Derek Souitere. The relevance is that we both reported directly to Derek which further demonstrated I was demoted.

**Response to the Allegations**

I was in fact subjected to adverse employment action as stated in my summary response above section. Derek demoted me from my role with any explanation. Again, as previously stated my demotion has not association with the demographics on Dukes team.

I was harassed and filed a complaint through the AT&T hotline my case# is 1909ATT10127. I called back after my demotion on or about Jan 8th 2020 and filed and additional charge. I was told that I had the same case number for both cases. I have no know knowledge of the call made March 12th 2020.

**Conclusion**

The foregoing evidence supports my claim. Therefore, I am requesting this charge stand in effect in its entirety. Should you have any questions or need any additional information to support my charge. I can be reached at 773.315.7702.

Sincerely,


Jessica D. Jones
AT&T Fiber Sales



**Marybeth Dunne**
Sr. EEO Consultant
225 W. Randolph, Floor 27
Chicago, IL 60606
Office:   312-220-8108
marybeth.dunne@att.com

June 3,  2020

Regina Husar
Federal Investigator
U.S. Equal Employment Opportunity Commission
Chicago District Office
230 S. Dearborn, Suite 1866
Chicago, IL 60604

**RE:     Jessica Jones**
 **EEOC Charge No.:  440-2020-01690**

Ms. Husar:

This letter constitutes the position of AT&T Services, Inc. ("Respondent") in response to the charge of discrimination filed on April 27, 2020, by Jessica D. Jones ("Jones"). As is more fully set forth below, Respondent categorically denies that it retaliated or discriminated against Jones due to her race, or otherwise violated Title VII of the Civil Rights Acts of 1964, as amended[1].



**Summary of Respondent's Position**

There is no merit to Jones' claims that Respondent retaliated or discriminated against her because of her race or any other unlawful basis. Jones is a current employee and has not been

---

[1] This response describes the Company's initial position and is based on its understanding of the facts and information reviewed to date. This response does not constitute an affidavit or binding statement of the Company's legal position and is not intended to be used as evidence of any kind in any administrative or court proceeding in connection with Jones' allegations. We reserve the right to file additional information as the investigation proceeds. If more specific allegations are made to the agency that have not been disclosed to the Company or addressed in this response, the Company requests notice of such allegations and an opportunity to respond. The information and documentation contained in this response, and any which may be submitted later, is strictly confidential and may not be disclosed publicly or used for any purpose other than to aid the Commission in its review of this matter. To the extent Jones receives this response and/or accompanying documentation, please advise her that the Company's response and documentation is strictly confidential.

subjected to any adverse employment action. Jones was not demoted. Rather, she was reassigned to a similar position at a higher salary. For the reasons set forth more fully below, Respondent respectfully requests that the charge be dismissed in its entirety.

## Equal Employment Opportunity (EEO) Policy

Respondent maintains and enforces a well publicized EEO Policy that protects all employees from unlawful discrimination and harassment on the basis of race, color, religion, national origin, sex (gender), age, sexual orientation, marital status, veteran status, disability, or any other categories protected by applicable law. Respondent clearly documents within its EEO Policy an internal procedure for employees to use to report conduct they believe violated the Company's EEO principles. Employees are encouraged to report such conduct via an established Hotline and all such calls are fully investigated. Jones most recently completed Ethics @ Work for Managers on May 8, 2020, and August 28, 2019. There is no record of Jones using the internal complaint process. **See Exhibit 1 for the EEO policy.**

## Factual Background

Respondent hired Jones on August 1, 2018, as a Level 1 Sales Executive S1 Fiber. On April 1, 2019, Jones was promoted to a Level 2 Market Sales Executive – Fiber, where her job duties were to achieve sales objectives by structuring AT&T Fiber value proposition and solutions, and securing new contracts and orders with Building Owners, Property Managers, and potential Customers for solutions, buildings and projects.

In late 2019/early 2020, individual reassignments and title changes were implemented to align to a new business model. As a result, effective February 1, 2020, Jones' title was changed to Sales Executive 2 Fiber. The new title remained a Level 2 manager and had a higher Target Salary Range and resulted in an immediate$1,288.00 increase to Jones' annual base salary. The new role is responsible for generating new revenue from customers in buildings where AT&T pre-deploys network assets like fiber and Ethernet multiplexing. The primary responsibilities are similar to her previous assignment, to sell AT&T strategic products and services. **See Exhibit 2 for the job descriptions for the Market Sales Executive – Fiber, and Sales Executive 2 Fiber.**

Also, effective February 1, 2020, Jones began to report to Timberly Dukes (Black), Sales Manager Fiber. Jones continues to report to Dukes in Respondent's National Business – Regional Central & East organization. The team of 10 employees consists of 5 White/3 Black/1 Bi-Racial/1 Race Undeclared individuals[2]. Jones is one of five Sales Executive 2 Fiber managers reporting to Dukes on the Chicago team. Derek Soutiere (White), is the Sales Director.

## Response to the Allegations

Jones has not been subjected to any adverse employment action whatsoever. She was not, as alleged, demoted. Her title changed and as a result her base salary increased. Others reporting to Dukes impacted by lateral title changes as a result of the reorganization include:

---

[2] Team effective April 1, 2020.

2